# UNITED STATES DISTRICT COURT

_____DISTRICT OF____CONNECTICUT_____

UNITED STATES OF AMERICA

V.   **WARRANT FOR ARREST**

**TERRANCE CORBETT**
a/k/a "TC"   DOCKET NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____TERRANCE CORBETT, a/k/a "TC"_____
                                                                Name

and bring him forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) **Two counts of Possession of a Firearm by a Convicted Felon and Accessory After the Fact**

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 3__

STEFAN R. UNDERHILL                    UNITED STATES DISTICT JUDGE
Name of Issuing Officer                 Title of Issuing Office

[signature]                             ____April 20, 2000, at Bridgeport, Connecticut____
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named-defendant at _____ _____Bridgeport, CT_____ |

| DATE RECEIVED 4/21/00 | NAME AND TITLE OF ARRESTING OFFICER DUSM James Masterson | SIGNATURE OF ARRESTING OFFICER by Dans SAa— |
|---|---|---|
| DATE OF ARREST 4/21/00 | | |